UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JETAUN HUNLEY,

                       Plaintiff,

v.                                          **DECISION AND ORDER**
                                                            04-CV-678S

COMMISSIONER OF
SOCIAL SECURITY,

                       Defendant.

      1.      Plaintiff commenced the above-captioned case on August 20, 2004, by filing a *pro se* Complaint in the United States District Court for the Western District of New York.

      2.      On April 14, 2005, Defendant filed a Motion for Judgment on the Pleadings. Plaintiff was directed to respond to Defendant's Motion by May 11, 2005, which she failed to do. Accordingly, Defendant filed a Notice of No Reply on May 20, 2005.

      3.      Thereafter, on May 27, 2005, Plaintiff filed the instant Motion for Extension of Time to File a Response. Plaintiff indicated that she did not receive notice of a date to file a reply to Defendant's Motion.

      IT HEREBY IS ORDERED that Plaintiff's Motion for Extension of Time to File a Response (Docket No. 10) is GRANTED.

      FURTHER, that Plaintiff shall file with the Clerk of the Court and serve a response to Defendant's Motion for Judgment on the Pleadings on or before Friday, June 24, 2005.

      FURTHER, that Defendant shall file with the Clerk of the Court and serve any reply thereto on or before Friday, July 1, 2005.

      FURTHER, that oral argument shall be scheduled as necessary.

FURTHER, that Plaintiff is advised that failure to respond to Defendant's Motion may result in *dismissal* of this action, if justice so requires.

SO ORDERED.

Dated: June 13, 2005
       Buffalo, New York

>                /s/William M. Skretny
>                WILLIAM M. SKRETNY
>                United States District Judge